### (October 4, 1945.)

JAMES STEWART, Respondent, v. SEARS-ROEBUCK COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the findings as to negligence and contributory negligence are against the weight of the evidence. All concur. (The judgment is for plaintiff in a negligence action. The order

denies a motion for a new trial.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.